NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZHEJIANG LAYO WOOD INDUSTRY CO., LTD.,**
*Plaintiff-Appellee,*

**AND**

**FINE FURNITURE (SHANGHAI) LIMITED,**
*Plaintiff-Appellee,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

**v.**

**THE COALITION FOR AMERICAN HARDWOOD PARITY,**
*Defendant-Appellant.*

---

2014-1565

---

Appeal from the United States Court of International Trade in No. 1:12-cv-00013-DCP, Judge Donald C. Pogue.

---

**ON MOTION**

---

## O R D E R

The Coalition for American Hardwood Parity moves without opposition to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  Zhejiang Layo Wood Industry Co., Ltd.'s motion for summary affirmance is denied as moot.

(3)  Each side shall bear its own costs.


FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


ISSUED AS A MANDATE:  August 18, 2014


s30